# IN THE UNITED STATES OF AMERICA
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL CASE NO. 2:08cr12-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| JAYDA ARLENE PHEASANT, ) | <u>O R D E R</u> |
| ) | |
| and ) | |
| ) | |
| EASTERN BAND OF ) | |
| CHEROKEE INDIANS, ) | |
| ) | |
| Garnishee. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Government's Motion for Dismissal of Order of Garnishment. [Doc. 144]. For grounds, the Government states that the assessment and restitution debt have been paid in full.

For the reasons stated in the Government's motion, and for cause shown, **IT IS, THEREFORE, ORDERED** that Government's Motion for Dismissal of Order of Garnishment [Doc. 144] is **ALLOWED**, and the Order

of Garnishment filed in this case against the Defendant Jayda Arlene Pheasant is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Signed: September 25, 2010

Martin Reidinger
United States District Judge