# UNITED STATES DISTRICT COURT
## Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA ) | JUDGMENT IN A CRIMINAL CASE |
| ) | (For **Revocation** of Probation or Supervised Release) |
| V. ) | (For Offenses Committed On or After November 1, 1987) |
| ) | |
| JAYDA ARLENE PHEASANT ) | Case Number: DNCW208CR000012-002 |
| ) | USM Number: 22222-058 |
| ) | |
| ) | R. Corey B. Atkins |
| ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ Admitted guilt to violation of conditions  1-7  of the term of supervision.
☐ Was found in violation of condition(s) count(s) after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations:

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | DRUG/ALCOHOL USE | 12/18/2014 |
| 2 | FAILURE TO COMPLY WITH DRUG TESTING/TREATMENT REQUIREMENTS | 1/29/2015 |
| 3 | FAILURE TO REPORT CHANGE IN RESIDENCE | 1/09/2015 |
| 4 | NEW LAW VIOLATION - DRIVING WHILE LICENSE REVOKED AND USING A FICTITIOUS PLATE/REGISTRATION | 1/22/2015 |
| 5 | FAILURE TO REPORT CONTACT WITH LAW ENFORCEMENT OFFICER | 1/26/2015 |
| 6 | FAILURE TO REPORT TO PROBATION OFFICER AS INSTRUCTED | 1/23/2015 |
| 7 | NEW LAW VIOLATION - DRIVING WHILE LICENSE REVOKED AND OPERATE A MOTOR VEHICLE ON A STREET OR HIGHWAY WITHOUT HAVING IN FULL FORCE AND EFFECT THE FINANCIAL RESPONSIBILITY REQUIRED BY LAW WHILE BEING THE OWNER OF THE MOTOR VEHICLE THAT WAS REGISTERED OR REQUIRED TO BE REGISTERED IN THIS STATE, AND WITHOUT HAVING REGISTERED THE VEHICLE WITH THE DIVISION OF MOTOR VEHICLES, SUCH VEHICLE BEING ONE REQUIRED TO BE REGISTERED | 6/23/2014 |

The Defendant is sentenced as provided in pages 2 through 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

☐ The Defendant has not violated condition(s) and is discharged as such to such violation(s) condition.
☐ Violation(s) (is)(are) dismissed on the motion of the United States.

   **IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: 4/7/2015

Signed: April 13, 2015

Martin Reidinger
United States District Judge

Defendant: Jayda Arlene Pheasant  
Case Number: DNCW208CR000012-002

Judgment- Page **2** of **2**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>EIGHT (8) MONTHS</u>.

☒ The Court makes the following recommendations to the Bureau of Prisons:
- Participation in any available substance abuse treatment program and, if eligible, receive benefits of 18:3621(e)(2).
- Defendant shall support all dependents from prison earnings.

☒ The Defendant is remanded to the custody of the United States Marshal.

☐ The Defendant shall surrender to the United States Marshal for this District:

   ☐ As notified by the United States Marshal.
   ☐ At _ on _.

☐ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ As notified by the United States Marshal.
   ☐ Before 2 p.m. on _.
   ☐ As notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at

_____, with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy Marshal